UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GLEN JOSEPH PARRILLA, | Case No. ED CV 08-01223 GAF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| CHARLES DEROSA, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: October 28, 2009

GARY A. FEESS
UNITED STATES DISTRICT JUDGE